UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANITA CAMANO, *individually and on behalf of others similarly situated,*

Plaintiff,

-v.-

JENNINGS FRUITS & VEGETABLES INC., et al.,

Defendants.

25 Civ. 10262 (JHR)

DEFAULT JUDGMENT

JENNIFER H. REARDEN, District Judge:

Plaintiff Juanita Camano ("Plaintiff") filed the Complaint in this action, alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., and the N.Y. Labor Law, §§ 190 *et seq*. and 650 *et seq*., on December 11, 2025. ECF No. 1. Plaintiff served Defendants with process on December 15, 2025. ECF Nos. 10-12. Defendants' answers were therefore due on January 5, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint."). No Defendant has responded to the Complaint or otherwise appeared.

Upon Plaintiff's application, ECF Nos. 13-15, on January 23, 2026, the Clerk of Court issued certificates of default as to all Defendants, ECF Nos. 17-19. On March 9, 2026, the Court directed Plaintiff to "seek a default judgment against Defendants or show cause why this action should not be dismissed for failure to prosecute" by March 20, 2026. ECF No. 20 (Order). The Order further provided that Defendants "shall file their opposition [to any motion for default judgment] within two weeks of the date of the proof of service, and Plaintiff shall file her reply, if any, one week thereafter." *Id.* Plaintiff served the Order on Defendants via overnight mail. ECF No. 21.

On March 18, 2026, Plaintiff moved for a default judgment, ECF No. 22, and filed a declaration, a memorandum of law, and a proposed order in support of the motion, ECF Nos. 23-25. Plaintiff served her motion papers on Defendants by mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C). ECF No. 26. Defendants did not oppose the motion.

The Court has reviewed Plaintiff's motion for a default judgment and supporting submissions. ECF Nos. 22-25. Because proof of service has been filed; Defendants have failed to respond to the Complaint; the time for doing so has expired; and Defendants have failed to appear to contest the entry of a default judgment, the Court hereby enters a default judgment for Plaintiff against Defendants, with any declaratory, injunctive, compensatory relief, as well as any costs, interest, and attorneys' fees, to be determined at an inquest. *See Yung Xu v. Kealoha Sushi Inc.*, No. 19 Civ. 11885 (PAE), 2021 WL 1753749, at *1 (S.D.N.Y. May 4, 2021) (granting default judgment).

By separate Order, the Court will refer this case to Magistrate Judge Sarah Netburn for an inquest. By **July 10, 2026**, Plaintiff shall serve this Order upon Defendants and file an affidavit reflecting such service.

The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED.

Dated: July 7, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge